Filed
D.C. Superior Court
02/28/2019 09:58AM
Clerk of the Court

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH
INFORMATION SHEET

Tonya Randall          Case Number: 2019 CA 001046 B

vs                     Date: 2/15/19

Safeway, Inc., et al.          ☐ One of the defendants is being sued in their official capacity.

Name: (Please Print) Paul N. Rouhana
Firm Name: Seigel, Tully, Rouhana & Tully, LLC
Telephone No.: (410) 669-9300
Six digit Unified Bar No.: 1024632

Relationship to Lawsuit
☒ Attorney for Plaintiff
☐ Self (Pro Se)
☐ Other: _____

TYPE OF CASE: ☐ Non-Jury    ☐ 6 Person Jury    ☐ 12 Person Jury
Demand: $ 150,000.00      Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____   Judge: _____   Calendar #: _____
Case No.: _____   Judge: _____   Calendar #: _____

NATURE OF SUIT:    (Check One Box Only)

**A. CONTRACTS**                              **COLLECTION CASES**

☐ 01 Breach of Contract          ☐ 14 Under $25,000 Pltf. Grants Consent   ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty          ☐ 17 OVER $25,000 Pltf. Grants Consent   ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument       ☐ 27 Insurance/Subrogation                ☐ 26 Insurance/Subrogation
☐ 07 Personal Property              Over $25,000 Pltf. Grants Consent         Over $25,000 Consent Denied
☐ 13 Employment Discrimination   ☐ 07 Insurance/Subrogation                ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees         Under $25,000 Pltf. Grants Consent        Under $25,000 Consent Denied
                                 ☐ 28 Motion to Confirm Arbitration
                                    Award (Collection Cases Only)

**B. PROPERTY TORTS**

☐ 01 Automobile                  ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion                  ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☐ 01 Abuse of Process            ☐ 10 Invasion of Privacy              ☒ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection     ☐ 11 Libel and Slander                    Not Malpractice)
☐ 03 Assault and Battery         ☐ 12 Malicious Interference           ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury ☐ 13 Malicious Prosecution            ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)  ☐ 14 Malpractice Legal                ☐ 20 Friendly Suit
☐ 06 False Accusation            ☐ 15 Malpractice Medical (Including Wrongful Death)  ☐ 21 Asbestos
☐ 07 False Arrest                ☐ 16 Negligence- (Not Automobile,     ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                          Not Malpractice)                   ☐ 23 Tobacco
                                                                       ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**
- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**
- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)
- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code § 42-3301, et seq.)
- ☐ 21 Petition for Subpoena [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1) (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D. REAL PROPERTY**
- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)
- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_/s/_       02-15-19

Attorney's Signature      Date

CV-496/ June 2015

IN THE SUPERIOR COURT OF
THE DISTRICT OF COLUMBIA CIVIL DIVISION

TONYA RANDALL,  \*
1239 Meigs Place, NE
Washington, DC 20002  \*

    Plaintiff  \*  Civil Action No. 2019 CA 001046 B
                                       Next Event:
v.  \*  Judge:

SAFEWAY, INC.,  \*
1601 Maryland Avenue, NE
Washington, DC 20002  \*
SERVE ON:
CT Corporation System  \*
1015 15th Street, NW, Suite 1000
Washington, DC 20005  \*

and  \*

THE SAFEWAY FOUNDATION,  \*
a/k/a THE ALBERTSONS COMPANIES
t/a and d/b/a SAFEWAY,  \*
1601 Maryland Avenue, NE
Washington, DC 20002  \*
SERVE ON:
CT Corporation System  \*
1015 15th Street, NW, Suite 1000
Washington, DC 20005  \*

and  \*

THE ALBERTSONS COMPANIES  \*
t/a and d/b/a SAFEWAY,
1601 Maryland Avenue, NE  \*
Washington, DC 20002
SERVE ON:  \*
CT Corporation System
1015 15th Street, NW, Suite 1000  \*
Washington, DC 20005

and  \*

ALBERTSONS COMPANIES, INC.    *
t/a and d/b/a SAFEWAY,
1601 Maryland Avenue, NE      *
Washington, DC 20002
<u>SERVE ON</u>:                *
CT Corporation System
1015 15th Street, NW, Suite 1000   *
Washington, DC 20005
                              *
and
                              *
ALBERTSONS COMPANIES, LLC
t/a and d/b/a SAFEWAY,        *
1601 Maryland Avenue, NE
Washington, DC 20002          *
<u>SERVE ON</u>:
CT Corporation System         *
1015 15th Street, NW, Suite 1000
Washington, DC 20005          *

and                           *

NAI SATURN EASTERN, LLC       *
t/a and d/b/a SAFEWAY &
Subsidiary of Albertsons Companies, Inc.,   *
1601 Maryland Avenue, NE
Washington, DC 20002          *
<u>SERVE ON</u>:
CT Corporation System         *
1015 15th Street, NW, Suite 1000
Washington, DC 20005          *

and                           *

NAI SATURN EASTERN, INC.      *
t/a and d/b/a SAFEWAY &
Subsidiary of Albertsons Companies, Inc.,   *
1601 Maryland Avenue, NE
Washington, DC 20002          *
<u>SERVE ON</u>:
CT Corporation System         *
1015 15th Street, NW, Suite 1000
Washington, DC 20005          *

and                           *

| | |
|---|---|
| **COLLINGTON SERVICES, LLC,** | * |
| Subsidiary of Nai Saturn Eastern, LLC, | |
| 1601 Maryland Avenue, NE | * |
| Washington, DC 20002 | |
| **SERVE ON:** | * |
| CT Corporation System | |
| 1015 15th Street, NW, Suite 1000 | * |
| Washington, DC 20005 | |
| | * |
| **Defendants** | |

*********************************************************************

## COMPLAINT

Plaintiff, Tonya Randall, by and through her attorneys, Seigel, Tully, Rouhana & Tully, LLC and Paul N. Rouhana, files this action against the Defendants, Safeway, Inc., The Safeway Foundation, The Albertsons Companies, Albertsons Companies, Inc., Albertsons Companies, LLC, Nai Saturn Eastern, LLC, Nai Saturn Eastern, Inc., and Collington Services, LLC, and says:

1. Plaintiff, Tonya Randall, is a resident of Washington, DC and resides therein at 1239 Meigs Place, NE, Washington, DC 20002.

2. Defendants, Safeway, Inc., The Safeway Foundation, The Albertsons Companies, Albertsons Companies, Inc., Albertsons Companies, LLC, Nai Saturn Eastern, LLC, Nai Saturn Eastern, Inc., and Collington Services, LLC, at all times referred to herein, owned, operated, managed, and controlled the business premises in Washington, DC located at 1601 Maryland Avenue, NE, Washington, DC 20002.

3. On or about March 4, 2016, the Plaintiff, Tonya Randall, was lawfully on said premises, a grocery store, as a business invitee thereof.

4. On that date and at that location, the Plaintiff, was walking through the Defendants store, when she was caused to slip and fall due to water on the floor; she fell to the ground as a result of that unsafe, dangerous, and hazardous condition existing.

5. The Defendants, Safeway, Inc., The Safeway Foundation, The Albertsons Companies, Albertsons Companies, Inc., Albertsons Companies, LLC, Nai Saturn Eastern, LLC, Nai Saturn Eastern, Inc., and Collington Services, LLC, knew, or under the exercise of reasonable care, should have known that there existed, on its premises, a dangerous, unsafe, and hazardous condition that was likely to, and did cause the Plaintiff to fall.

6. The Defendants, Safeway, Inc., The Safeway Foundation, The Albertsons Companies, Albertsons Companies, Inc., Albertsons Companies, LLC, Nai Saturn Eastern, LLC, Nai Saturn Eastern, Inc., and Collington Services, LLC, failed to warn the general public, and the Plaintiff in particular, of the unsafe, dangerous, and hazardous condition existing on its premises.

7. The Defendants were otherwise negligent in causing this occurrence.

8. As a direct and proximate result of the negligence of the Defendants, Safeway, Inc., The Safeway Foundation, The Albertsons Companies, Albertsons Companies, Inc., Albertsons Companies, LLC, Nai Saturn Eastern, LLC, Nai Saturn Eastern, Inc, and Collington Services, LLC, the Plaintiff was caused to suffer and sustain serious, painful, and permanent injury about the head, neck, and body, and limbs.

9. The Plaintiff was rendered sick, sore, and disabled.

10. The Plaintiff has incurred and will incur hospital, medical, and other expenses.

11. The Plaintiff has and will suffer physical and emotional pain and suffering.

12. The Plaintiff, Tonya Randall, has lost and will lose time from her gainful employment and usual avocations.

13. The Plaintiff was otherwise injured and damaged.

14. No conduct on the part of the Plaintiff contributed to the accident or to the injuries sustained by her.

**WHEREFORE**, the Plaintiff, Tonya Randall, demands judgment against the Defendants, Safeway, Inc., The Safeway Foundation, The Albertsons Companies, Albertsons Companies, Inc., Albertsons Companies, LLC, Nai Saturn Eastern, LLC, Nai Saturn Eastern, Inc, and Collington Services, LLC, in an amount in excess of $75,000.00, plus interest and costs of this action.

/s/ Paul N. Rouhana
Paul N. Rouhana (DC Bar No. 1024632)
Seigel, Tully, Rouhana & Tully, LLC
501 Fairmount Avenue, Suite 100
Towson, Maryland 21286
Phone: 443-470-1006
Facsimile: 443-470-1036
E-mail: prouhana@stflawyers.com
*Counsel for Plaintiff*